THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOTEL SHERMAN SQUARE, INC., et al., Appellants, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [2 W. 86th St., Borough of Manhattan.] — Order unanimously modified so as to reduce the assessments for

the last two years to land $500,000, building $325,000, total $825,000 and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.